■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCIA A. WEBER, Also Known as MARCIA WEBER, Appellant. [864 NYS2d 339]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Bail Jumping, 2nd Degree.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN YOUNG, Appellant. [864 NYS2d 338]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Jefferson County Court, Kim H. Martusewicz, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUSSIE SAPI, Appellant. [864 NYS2d 338]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Oneida County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson,* 75 NY2d 745 [1989]). (Appeal from Judgment of Oneida County Court, John S. Balzano, J.—Felony Driving While Intoxicated.) Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

■

(October 10, 2008)

■ JIOVON ANONYMOUS, an Infant, by his Father and Legal Guardian, THOMAS ANONYMOUS, et al., Appellants, v CITY OF ROCHESTER et al., Respondents. (Appeal No. 2.) [864 NYS2d 376]—Appeal from an amended order of the Supreme Court, Monroe County (Thomas M. Van Strydonck, J.), entered December 10, 2007. The amended order settled the record for the appeal from the judgment entered February 20, 2007.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs (*see Zawatski v Cheektowaga-Maryvale Union Free School Dist.,* 261 AD2d 860 [1999], *lv denied* 94 NY2d 754 [1999]). Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.